**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | |
|---|---|
| IN RE:<br><br>SERVICE ONE, LLC<br><br>DEBTOR | CASE NO. 22-40503<br>CHAPTER 7 |
| MARK A. WEISBART, CHAPTER 7 TRUSTEE OF SERVICE ONE, LLC<br>PLAINTIFF<br>V.<br><br>AMERICAN EXPRESS NATIONAL BANK<br><br>DEFENDANT | ADVERSARY NO. 24-04090 |

## SUMMONS IN ADVERSARY PROCEEDING

TO: American Express National Bank
115 W. Towne Ridge Pkwy
Sandy, UT 84070-5511

American Express National Bank
c/o CT Corporation System, registered agent
1999 Bryan St., Suite 900
Dallas, TX 75201

YOU ARE HEREBY SUMMONED and required to submit a Motion or Answer to the Complaint which is attached to this Summons to the Clerk of the Bankruptcy Court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days.

**ADDRESS OF CLERK OF THE BANKRUPTCY COURT:**
660 NORTH CENTRAL EXPRESSWAY, SUITE 300B
PLANO, TEXAS 75074

At the same time, you must also serve a copy of the Motion or Answer upon the Plaintiff's attorney.

**NAME AND ADDRESS OF PLAINTIFF'S ATTORNEY:**
JAMES S. BROUNER
MARK A. WEISBART
HAYWARD PLLC
10501 N CENTRAL EXPY, SUITE 106
DALLAS, TEXAS 75231

If you make a Motion, your time to answer is governed by FED.R.BANKR.P. 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

/S/ Jason K. McDonald

Date: 12/05/2024

**CERTIFICATE OF SERVICE**

I, James S. Brouner, certify that on the 9th day of December 2024, a true and correct copy of the Complaint, together with the Summons was served by first class United States mail as follows:

American Express National Bank
115 W Towne Ridge Pkwy
Sandy, UT 84070-5511

American Express National Bank
c/o CT Corporation System, registered agent
1999 Bryan St., Suite 900
Dallas, TX 75201

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. Under penalty of perjury, I declare that the foregoing is true and correct.

Mark A. Weisbart
Texas Bar No. 21102650
James S. Brouner
Texas Bar No. 03087285
HAYWARD PLLC
10501 N Central Expy, Suite 106
Dallas, Texas 75231
(972) 755-7103 Phone/Fax
mweisbart@haywardfirm.com
(972) 755-7107 Phone/Fax
jbrouner@haywardfirm.com

COUNSEL FOR PLAINTIFF